**EXHIBIT A**

| Total Funds Paid **Prior** to Bankruptcy Filing | $ 1,525.00 | Chapter 7 |
|---|---|---|

The Total Funds you will pay to CLG **prior** to your Bankruptcy Filing will be applied as follows:

| Amount | Description | Payee |
|---|---|---|
| $ 338.00 | Bankruptcy Court Filing Fee | US Bankruptcy Court |
| $ 37.00 | Credit Report | US Bankruptcy Court |
| $ 30.00 | Credit Counseling & Debtor Education | 3rd Party Vendor |
| $ - | Land Record Search | 3rd Party Vendor |
| $ - | Post-Filing Lien Search | 3rd Party Vendor |
| $ - | Amendment of Creditor Matrix (Add-a-creditor) | US Bankruptcy Court |
| $ - | Homestead Deed Filing Fee | State Circuit Court |
| $ - | Other: | |
| $ 1,120.00 | Attorney's Fees paid prior to Bankruptcy Filing | CLG |
| **Total Paid Prepetition:** $ 1,525.00 | | |

*If Chapter 13:*

| The Balance of the **Attorney's Fees** to be paid by the Chapter 13 Trustee through the client's plan:   N/A | The balance, if any, of the Court's **Filing Fee** to be paid by the Chapter 13 Trustee through the plan:   N/A |
|---|---|

| **Total Attorney Fees Charged** (includes both those fees paid prior to filing and after filing)[1]:   N/A |
|---|

---

[1] Note that the Court may approve additional attorney fees in a Chapter 13 for work done after the filing of the case if special matters arise outside of the normal case approval and administration process.  Similarly, in Chapter 7, additional fees may be charged for work that exceeds the scope of the Legal Services Agreement.